# THE OFFICE OF

# THE CRIMINAL DISTRICT ATTORNEY
# McLENNAN COUNTY, TEXAS
### 219 North 6th Street, Suite 200
### Waco, Texas   76701
### Phone - (254) 757-5084
### Fax - (254) 757-5021

**Sterling Harmon**                                                    **Abelino "Abel" Reyna**
Assistant Criminal District Attorney                          Criminal District Attorney

December 29, 2014

Court of Criminal Appeals
Attn:   Mr. Abel Acosta, Clerk
P.O. Box 12308
Austin, Texas   78711

**FILED IN**
COURT OF CRIMINAL APPEALS

JAN 05 2014

Abel Acosta, Clerk

Re:   CHRISTOPHER ALLEN PHILLIPS
CCA No.   PD-0789-14
Trial Court Case No.   2011-939-C1

Dear Mr. Acosta:

This is to advise the Court that I will appear for oral argument in the above-referenced matter.

Sincerely,

Sterling Harmon
Chief Appellate Assistant District Attorney
McLennan County Criminal District Attorney's Office

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

Xc:   Mr. John M. Hurley
      Via email